Case 16-21246-TPA    Doc 41    Filed 09/15/16    Entered 09/15/16 14:00:23    Desc Main
Document    Page 1 of 1

FILED
9/15/16 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-21246-TPA |
| | : | Chapter: | 13 |
| Christian S. Bowes | : | | |
| Christina A. Carelli | : | | |
| | : | Date: | 9/14/2016 |
| Debtor(s). | : | Time: | 12:00 |

**PROCEEDING MEMO**

*MATTER:*   #13 Contested Plan dated 4/23/16

*APPEARANCES:*
  Debtor:  (Fred W. Freitag) Paul McElrath
  Trustee:  Ronda J. Winnecour
  PA Dept. of Rev.:  Joseph Swartz - no appearance
  Bor. of McKees Rocks:  Jeffrey Hunt

*NOTES:*

Winnecour:  Payments not received. Tax returns not filed. Request dismissal w/o prejudice. Payments have been received.

McElrath.

Hunt:  No objection to case going forward.

*OUTCOME:*  Amended Plan to be filed by 10/7/16

vas