# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | Case No. 16-21246-TPA |
| **Christian S. Bowes and** | : | |
| **Christina A. Carelli,** | : | Chapter 13 |
|     Debtors | : | |
| | : | Doc. No. 44 |
| **Christian S. Bowes,** | : | |
|     Movant | : | Related to Doc. No. 40, 43 |
| | : | |
|     v. | : | Hearing Date: 10/11/16 at 10:30AM |
| **Gilmann Services** | : | |
| **Attention: Payroll Administrator** | : | |
| **And** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|     Respondents | : | |

## CERTIFICATION OF NO OBJECTION REGARDING ORDER SCHEDULING DATE FOR RESPONSE AND HEARING ON MOTION TO TERMINATED WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Order Scheduling Date for Response to Hearing on Motion to Terminate Wage Attachment filed on September 15, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 4, 2016

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: October 7, 2016        By:    /s/ Paul W. McElrath
                                                 Paul W. McElrath, Esquire
                                                 Attorney for Debtor/Movant
                                                 PA I.D. #86220
                                                 1641 Saw Mill Run Blvd
                                                 Pittsburgh, PA 15210
                                                 (412) 765-3606
                                                 paulm@mcelrathlaw.com