FILED
10/7/16 4:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 16-21246-TPA** |
| **Christian S. Bowes and** | : | |
| **Christina A. Carelli,** | : | |
| Debtor | : | **Chapter 13** |
| | : | |
| **Christian S. Bowes,** | : | |
| Movant | : | |
| Social Security No. xxx-xx-2758 | : | |
| vs. | : | |
| | : | |
| **Gilmann Services** | : | |
| **1711 Babcock Boulevard** | : | |
| **Pittsburgh, PA 15209** | : | **Related to Docket No.   40** |
| Attention: Payroll Administrator | : | |
| Respondent | : | |
| | : | |
| and | : | **Filed Under Local Bankruptcy** |
| | : | **Rule 9013.4 Para. 6(c)** |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |
| | : | |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS, THEREFORE, ORDERED that the wage attachment currently in place with **Gilmann Services.**

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

DATED this   7th   day of    October   , 2016.

_____   vas
Thomas P. Agresti
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christian S. Bowes
Christina A. Carelli
    Debtors

Case No. 16-21246-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1      Date Rcvd: Oct 07, 2016
     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2016.
db/jdb      +Christian S. Bowes,    Christina A. Carelli,    759 Mary Street,    Mc Kees Rocks, PA 15136-3430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2016 at the address(es) listed below:
     Fred W. Freitag, IV    on behalf of Debtor Christian S. Bowes Zekep@mcelrathlaw.com, sharlam@mcelrathlaw.com
     Fred W. Freitag, IV    on behalf of Joint Debtor Christina A. Carelli Zekep@mcelrathlaw.com, sharlam@mcelrathlaw.com
     Jeffrey R. Hunt    on behalf of Creditor    Sto-Rox School District jhunt@grblaw.com, cnoroski@grblaw.com
     Jeffrey R. Hunt    on behalf of Creditor    Borough of McKees Rocks jhunt@grblaw.com, cnoroski@grblaw.com
     Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
     Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Paul W. McElrath, Jr.    on behalf of Debtor Christian S. Bowes ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
     Paul W. McElrath, Jr.    on behalf of Joint Debtor Christina A. Carelli ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     TOTAL: 11