**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | | |
|---|---|---|
| **Christian S. Bowes and** | : | **Case No. 16-21246-TPA** |
| **Christina A. Carelli,** | : | |
| Debtors | : | **Chapter 13** |
| | : | |
| **Christian S. Bowes,** | : | |
| Movant | : | |
| S. S. No. xxx-xx- 2758 | : | **Related to Doc. No. 45** |
| | : | |
| v. | : | |
| **Gilmann Services,** | : | **WO-1** |
| Respondent | : | |
| | : | |

CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 10, 2016, I served a copy of the above-captioned pleading and within Wage attachment **Order Terminating Payroll Deduction** dated October 7, 2016 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on October 10, 2016            /s/ Shaina Little
                                        Shaina Little, Paralegal
                                        McElrath Legal Holdings, LLC
                                        1641 Saw Mill Run Boulevard
                                        Pittsburgh, PA 15210
                                        slittle@mcelrathlaw.com
                                        Tel: 412.765.3606
                                        Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Christian S. Bowes
Christina A. Carelli
759 Mary Street
McKees Rocks, PA 15136

Gilmann Services
Attention: Payroll Administrator
1711 Babcock Boulevard
Pittsburgh, PA 15209