**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| **Christian S. Bowes and** | : | **Case No. 16-21246-TPA** |
| **Christina A. Carelli,** | : | |
| Debtors | : | **Chapter 13** |
| | : | |
| **Christian S. Bowes,** | : | |
| Movant | : | |
| S. S. No. xxx-xx- 2378 | : | **Related to Doc. No. 50** |
| | : | |
| v. | : | |
| **Anthony Lamia Masonry,** | : | **WO-1** |
| Respondent | : | |
| | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER**

I, <u>Shaina Little</u>, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 21, 2016</u>, I served a copy of the above-captioned pleading and within **Wage Attachment Order** dated <u>October 20, 2016</u> together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

<u>Executed on:  October 21, 2016</u>       /s/ Shaina Little
Shaina Little, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
slittle@mcelrathlaw.com
Tel: 412.765.3606
Fax: 412.765.1917

## MATRIX OF PARTIES SERVED

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Christian S. Bowes
Christina A. Carelli
759 Mary Street
Mc Kees Rocks, PA 15136

Anthony Lamia Masonry
Attention: Payroll Administrator
12013 Frankstown Road
Pittsburgh, PA 15239