FILED
10/20/16 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **Case No. 16-21246-TPA** |
| **Christian S. Bowes and** | : | |
| **Christina A. Carelli,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | |
| **Christian S. Bowes,** | : | |
| **Movant** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Anthony Lamia Masonary** | : | **Related to Docket No.  49** |
| **12013 Frankstown Road** | : | |
| **Pittsburgh, PA 15239** | : | |
| **Attention:  Payroll Administrator,** | : | |
| **Respondent** | : | |
| | : | |
| **and** | : | **Filed Under Local Bankruptcy** |
| | : | **Rule 9013.4 Para. 6(c)** |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |
| | : | |
| **Social Security No. xxx-xx-2758.** | : | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor receives income:

ANTHONY LAMIA MASONARY
12013 FRANKSTOWN ROAD
PITTSBURGH PA 15239
ATTENTION:  PAYROLL ADMINISTRATOR

Shall deduct from said income the sum of Two Hundred Seven Dollars ($207.00) weekly (each pay period), beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits

payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR, ESQUIRE
> CHAPTER 13 TRUSTEE, W.D. PA
> P.O. BOX 84051
> CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Paul W. McElrath, Jr., Esquire, 1641 Saw Mill Run Boulevard, Pittsburgh, PA 15210, (412) 765-3606, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __20th__ day of ____October____, 2016.

Thomas P. Agresti
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-21246-TPA
Christian S. Bowes                                                  Chapter 13
Christina A. Carelli
            Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin          Page 1 of 1          Date Rcvd: Oct 20, 2016
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
db/jdb         +Christian S. Bowes,    Christina A. Carelli,    759 Mary Street,    Mc Kees Rocks, PA 15136-3430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
              Fred W. Freitag, IV   on behalf of Debtor Christian S. Bowes Zekep@mcelrathlaw.com,
              sharlam@mcelrathlaw.com
              Fred W. Freitag, IV   on behalf of Joint Debtor Christina A. Carelli Zekep@mcelrathlaw.com,
              sharlam@mcelrathlaw.com
              Jeffrey R. Hunt   on behalf of Creditor    Sto-Rox School District jhunt@grblaw.com,
              cnoroski@grblaw.com
              Jeffrey R. Hunt   on behalf of Creditor    Borough of McKees Rocks jhunt@grblaw.com,
              cnoroski@grblaw.com
              Joseph Jasper Swartz   on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
              RA-occbankruptcy6@state.pa.us
              Joshua I. Goldman   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.   on behalf of Debtor Christian S. Bowes ecf@mcelrathlaw.com,
              donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.   on behalf of Joint Debtor Christina A. Carelli ecf@mcelrathlaw.com,
              donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
              ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
              rive.com
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 11