IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CHRISTIAN S. BOWES | : | |
|     & | : | |
| CHRISTINA A. CARELLI, | : | |
| | : | DOCKET NO.: 16-21246-TPA |
| DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | OBJECTION TO PLAN |
| | : | |
| MOVANT | : | |
| | : | |
| v. | : | CONCILIATION CONFERENCE: |
| | : | NOVEMBER 10, 2016 |
| CHRISTIAN S. BOWES | : | |
|     & | : | |
| CHRISTINA A. CARELLI, | : | |
| | : | RELATED TO DOCKET NO.: 53 |
| RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S AMENDED CHAPTER 13 PLAN

    I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Amended Chapter 13 Plan, on the parties at the below addresses, on October 31, 2016, by:

**16-21246-TPA Notice will be electronically mailed to:**

Peter J. Ashcroft at pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com, pashcroft@ecf.courtdrive.com, pghecf@bernsteinlaw.com, cabbott@ecf.courtdrive.com

Fred W. Freitag, IV at Zekep@mcelrathlaw.com, sharlam@mcelrathlaw.com

Joshua I. Goldman at bkgroup@kmllawgroup.com

Jeffrey R. Hunt at jhunt@grblaw.com, cnoroski@grblaw.com

Paul W. McElrath, Jr. at ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

United States Trustee at ustpregion03.pi.ecf@usdoj.gov

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**16-21246-TPA Notice will not be electronically mailed to:**

EXECUTED ON:  November 1, 2016

                                            Respectfully submitted by,

                              By:    /s/ Joseph J. Swartz
                                       Counsel
                                       PA Department of Revenue
                                       Office of Chief Counsel
                                       P.O. Box 281061
                                       Harrisburg, PA 17128-1061
                                       PA Attorney I.D.:  309233
                                       Phone: (717) 346-4645
                                       Facsimile: (717) 772-1459
                                       JoseSwartz@pa.gov