# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** CHRISTIAN S. BOWES & CHRISTINA A. CARELLI
- **Case Number:** 16-21246-TPA  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 10, 2016 09:00 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#48 Amended Plan dated 10/19/16 N
+Objections By: Borough of McKees Rocks
+Objections By: PA Department of Revenue
R / M #: 48 / 0

*[handwritten: Still missing returns
H 2008-2013
W 2004, 2012-2014]*

**Appearances:**

- Debtor: *Frawley*
- Trustee: Winnecour / Bedford / Pail / Katz
- Creditor: *Hunt - McKees Rocks & Sto Box*
  *Henderson - Pa Dept Rev*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __1/5/17__ at __3:30 pm__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[handwritten: Continued so Debtors & State can resolve definitively what returns are outstanding.]*

FILED
NOV 14 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

11/3/2016  11:39:17AM