# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** CHRISTIAN S. BOWES & CHRISTINA A. CARELLI
**Case Number:** 16-21246-TPA    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 05, 2017 03:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#48 - Continued Confirmation of Plan Dated 10/19/16 N
R / M #:   48 / 0

### *Appearances:*

Debtor: Freitag
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor:

### *Proceedings:*

Payments stopped in Oct - blames employer but no evidence - Claims much higher than plan amounts - feasibility?

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 1-11-17 at 12:00.
10. _____ Other:



FILED
JAN 06 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

12/30/2016  9:27:03AM