FILED
1/12/17 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-21246-TPA |
| | : | Chapter: | 13 |
| Christian S. Bowes | : | | |
| Christina A. Carelli | : | | |
| | : | Date: | 1/11/2017 |
| *Debtor(s).* | : | Time: | 12:00 |

### PROCEEDING MEMO

**MATTER:**     #48 Contested Plan Dated 10/19/2016

**APPEARANCES**:

|  |  |
|---|---|
| Debtor: | (Fred W. Freitag) Paul McElrath |
| Trustee: | Richard Bedford |
| PA Dept of Revenue: | Joseph Swartz (no appearance) |
| Sto-Rox School District: | Jeffrey Hunt (no appearance) |

**NOTES:**

Bedford:    Payments stopped in October.  $1284 would need to be the increased payment.  Move for dismissal without prejudice.

**OUTCOME:**   Trustee's Oral Motion for dismissal w/o prejudice is GRANTED

vas