Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Christian S. Bowes** : | Case No. 16–21246–TPA |
| **Christina A. Carelli** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | Per January 11, 2017 Proceeding |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **13th day of January, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                              Case No. 16-21246-TPA
Christian S. Bowes                                                  Chapter 13
Christina A. Carelli
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-2          User: vson                   Page 1 of 2                  Date Rcvd: Jan 13, 2017
                              Form ID: 309                 Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db/jdb        +Christian S. Bowes,    Christina A. Carelli,   759 Mary Street,    Mc Kees Rocks, PA 15136-3430
14206786      +Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
14206787      +Berkheimer,    50 North Seventh Street,    Bangor, PA 18013-1798
14231889      +Borough of McKees Rocks/Sto-Rox SD,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14206789      +Columbia Gas,   4599 Library Rd,    Bethel Park, PA 15102-2913
14206790      +Columbia Gas Of Pennsylvania,    501 Technology Drive,   Canonsburg, PA 15317-7535
14206791      +Ditech,   PO Box 6176,    Rapid City, SD 57709-6176
14243341       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14206793      +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14275215      +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14217720       EDI: AIS.COM Jan 14 2017 01:28:00      American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,   PO Box 248848,    Oklahoma City, OK   73124-8848
14218489      +E-mail/Text: bankruptcy@cavps.com Jan 14 2017 01:53:57      Cavalry Portfolio Serv,
                500 Summit Lake Dr,   Valhalla, NY 10595-2322
14207658      +E-mail/Text: bankruptcy@cavps.com Jan 14 2017 01:53:57      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14206788      +E-mail/Text: bankruptcy@clearviewfcu.org Jan 14 2017 01:53:49
                Clearview Federal Credit Union,   8805 University Blvd.,    Moon Township, PA 15108-4212
14278518       E-mail/Text: bankruptcy.bnc@ditech.com Jan 14 2017 01:53:26      Ditech Financial LLC,
                PO Box 6154,   Rapid City, SD 57709-6154
14206792      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 14 2017 01:54:10      Duquesne Light Company,
                c/o Peter J. Ashcroft, Esquire,   Bernstein Law Firm, P.C.,
                707 Grant St. Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14218510      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2017 01:53:33
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14218496      +EDI: TCISOLUTIONS.COM Jan 14 2017 01:28:00      TCI,   PO Box 89725,
                Sioux Falls, SD 57109-9725
14218496      +E-mail/Text: bknotices@totalcardinc.com Jan 14 2017 01:53:49      TCI,   PO Box 89725,
                Sioux Falls, SD 57109-9725
14206794      +EDI: TCISOLUTIONS.COM Jan 14 2017 01:28:00      TCI,   5109 S. Broadlane,
                Sioux Falls, SD 57108-2208
14206794      +E-mail/Text: bknotices@totalcardinc.com Jan 14 2017 01:53:49      TCI,   5109 S. Broadlane,
                Sioux Falls, SD 57108-2208
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Borough of McKees Rocks
cr             Ditech Financial LLC
cr             Duquesne Light Company
cr             PA Dept of Revenue
cr             Sto-Rox School District
14218487*     +Allied Interstate,    PO Box 361445,   Columbus, OH 43236-1445
14218488*     +Berkheimer,    50 North Seventh Street,    Bangor, PA 18013-1798
14218490*     +Clearview Federal Credit Union,    8805 University Blvd.,    Moon Township, PA 15108-4212
14218491*     +Columbia Gas,    4599 Library Rd,   Bethel Park, PA 15102-2913
14218492*     +Columbia Gas Of Pennsylvania,    501 Technology Drive,   Canonsburg, PA 15317-7535
14218493*     +Ditech,    PO Box 6176,   Rapid City, SD 57709-6176
14218494*     +Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                707 Grant St. Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14218495*     +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
                                                                                   TOTALS: 5, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2             User: vson                  Page 2 of 2                  Date Rcvd: Jan 13, 2017
                                 Form ID: 309                Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              Fred W. Freitag, IV    on behalf of Joint Debtor Christina A. Carelli Zekep@mcelrathlaw.com,
               sharlam@mcelrathlaw.com
              Fred W. Freitag, IV    on behalf of Debtor Christian S. Bowes Zekep@mcelrathlaw.com,
               sharlam@mcelrathlaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of McKees Rocks jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Sto-Rox School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Christian S. Bowes ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Christina A. Carelli ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```