**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CHRISTIAN S. BOWES
    CHRISTINA A. CARELLI
        Debtor(s)

Case No.:16-21246 TPA

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/01/2016 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,695.00 |
| Less Refunds to Debtor | 1,636.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 58.40 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 58.40 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 58.40 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1602 | | | | |
|   PA DEPARTMENT OF REVENUE* | 4,093.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 2758 | | | | |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE | 30,804.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 1602 | | | | |
| | *** N O N E *** | | | |
| **Priority** | | | | |
|   FRED W FREITAG IV ESQ | 3,500.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTIAN S. BOWES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEYSTONE LEGAL SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,071.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 9821 | | | | |
|   PAUL W MCELRATH JR ESQ | 750.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 16-21246 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CHRISTIAN S. BOWES  Acct: | 1,636.60 | 1,636.60 | 0.00 | 0.00 |
| BOROUGH OF MCKEES ROCKS/STO ROX  Acct: 2346 | 465.95 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY*  Acct: 2758 | 2,410.28 | 0.00 | 0.00 | 0.00 |
| ALLIED INTERSTATE LLC  Acct: 2288 | 0.00 | 0.00 | 0.00 | 0.00 |
| BERKHEIMER TAX ADMINISTRATOR**  Acct: 7602 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*)  Acct: 9705 | 1,446.78 | 0.00 | 0.00 | 0.00 |
| CLEARVIEW FCU**  Acct: 8076 | 120.02 | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*)  Acct: 0005 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*)  Acct: 0504 | 3,204.62 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*  Acct: 9821 | 117.11 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR  Acct: 0569 | 352.24 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC(*)  Acct: 9821 | 8,738.69 | 0.00 | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES LLC - ASSIG  Acct: 0001 | 1,396.09 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                           0.00

TOTAL CLAIMED
PRIORITY            1,537.70
SECURED            34,897.61
UNSECURED        17.785.83

Date: 02/13/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com